1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10    CHARLES GLEN CARVER,

11            Plaintiff,                          No. CIV S-08-0849 MCE GGH P

12        vs.

13    ARNOLD SCHWARZENEGGER,

14            Defendant.                          <u>ORDER</u>

15    _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17    to 42 U.S.C. § 1983.[1]  In his complaint, plaintiff alleges violations of his civil rights by

18    defendant.  The alleged violations took place in Kings County, which is part of the Fresno

19    Division of the United States District Court for the Eastern District of California.  <u>See</u> Local Rule

20    3-120(d).

21            Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in

22    the proper division of a court may, on the court's own motion, be transferred to the proper

23    division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24    court.

25    _____

26        [1] Plaintiff has not filed an application to proceed in forma pauperis or paid the filing fee.

1

1        Good cause appearing, IT IS HEREBY ORDERED that:

2            1.  This action is transferred to the United States District Court for the Eastern

3    District of California sitting in Fresno; and

4            2.  All future filings shall reference the new Fresno case number assigned and

5    shall be filed at:

6                    United States District Court
                    Eastern District of California
7                    2500 Tulare Street
                    Fresno, CA 93721

8

9    DATED: 05/20/08

                                    /s/ Gregory G. Hollows
10
                                    _____
11                                   GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

12    GGH:lms
     carv0849.22fn

13

14

15

16

17

18

19

20

21

22

23

24

25

26